UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. FREED

     Plaintiff,

                            Case No. 2:23-cv-12365-SDK-EAS

-v-

                            Hon. Shalina D. Kumar
                            Mag. Elizabeth A. Stafford

INTERNATIONAL CITY/COUNTY
MANAGEMENT ASSOCIATION,
JESSICA COWLES, VICTOR CARDENAS,
CORRI SPIEGEL, DIANE STODDARD,
JEFF TOWERY, ~~JIM MALLOY~~,
~~KENNETH WILLIAMS~~, MICHAEL KAIGLER,
MOLLY MEHNER, ~~NATHANIEL PAGAN~~,
PAMELA ANTIL, ~~PETER TROEDSSON~~,
RAY GONZALES, ROXANNE MURPHY,
SCOTT COLBY, JR, TROY BROWN,
VALMARIE TURNER, ~~WILLIAM FRASER~~,
ROBERT KRISTOF, CHRIS MACPHERSON,

     Defendants.

| | |
|---|---|
| FLETCHER FEALKO SHOUDY & FRANCIS, P.C. | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| Todd J. Shoudy (P41895) | William S. Cook (P68934) |
| Victoria R. Ferres (P78788) | Kevin M. Mulvaney (P76915) |
| 1411 Third Street, Suite F | Matthew J. High (P82783) |
| Port Huron, Michigan 48060 | 17197 N. Laurel Park Drive, Suite 201 |
| 810.987.8444 p | Livonia, Michigan 48152 |
| *Attorneys for plaintiff* | 313.327.3100 p | 313.327.3101 f |
| | william.cook@wilsonelser.com |
| | kevin.mulvaney@wilsonelser.com |
| | matthew.high@wilsonelser.com |
| | *Attorneys for defendants* |

1

---

## APPEARANCE

---

Please enter the appearance of Matthew J. High of Wilson Elser Moskowitz Edelman & Dicker LLP as counsel on behalf of Defendants International City/County Management Association, Jessica Cowles, Victor Cardenas, Corri Spiegel, Diane Stoddard, Jeff Towery, Michael Kaigler, Molly Mehner, Pamela Antil, Ray Gonzales, Roxanne Murphy, Scott Colby, Jr, Troy Brown, Valmarie Turner, Robert Kristof and Chris Macpherson in the above cause of action.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: /s/ Matthew J. High
William S. Cook (P68934)
Kevin M. Mulvaney (P76915)
Matthew J. High (P82783)
17197 N. Laurel Park Drive, Ste 201
Livonia, Michigan 48152
313.327.3100
william.cook@wilsonelser.com
kevin.mulvaney@wilsonelser.com
matthew.high@wilsonelser.com
*Attorneys for defendants*

<u>Certificate of Service</u>

The undersigned certifies that on September 28, 2023, this document was electronically filed with the Clerk of the Court using the CM/ECF system.  Copies were also emailed to counsel identified in the caption on the same date.

/s/ Rhoda Haick