UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. FREED

    Plaintiff,

                               Case No. 2:23-cv-12365-SDK-EAS

-v-

                               Hon. Shalina D. Kumar

INTERNATIONAL CITY/COUNTY    Mag. Elizabeth A. Stafford
MANAGEMENT ASSOCIATION,
JESSICA COWLES, VICTOR CARDENAS,
CORRI SPIEGEL, DIANE STODDARD,
JEFF TOWERY, ~~JIM MALLOY~~,
~~KENNETH WILLIAMS~~, MICHAEL KAIGLER,
MOLLY MEHNER, ~~NATHANIEL PAGAN~~,
PAMELA ANTIL, ~~PETER TROEDSSON~~,
RAY GONZALES, ROXANNE MURPHY,
SCOTT COLBY, JR, TROY BROWN,
VALMARIE TURNER, ~~WILLIAM FRASER~~,
ROBERT KRISTOF, CHRIS MACPHERSON,

    Defendants.

FLETCHER FEALKO
SHOUDY & FRANCIS, P.C.
Todd J. Shoudy (P41895)
Victoria R. Ferres (P78788)
1411 Third Street, Suite F
Port Huron, Michigan 48060
810.987.8444 p
*Attorneys for plaintiff*

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
William S. Cook (P68934)
Kevin M. Mulvaney (P76915)
Matthew J. High (P82783)
17197 N. Laurel Park Drive, Suite 201
Livonia, Michigan 48152
313.327.3100 p | 313.327.3101 f
william.cook@wilsonelser.com
kevin.mulvaney@wilsonelser.com
matthew.high@wilsonelser.com
*Attorneys for defendants*

1

## ORDER

On October 17, 2023, plaintiff filed a Motion to Remand. (ECF No. 4) According to Local Rule 7.1(e)(1)(A), defendants' response to plaintiff's motion is due 14 days later, which is October 31, 2023.

Based on the parties' stipulation below, the court orders that defendants' response to Plaintiff's Motion to Remand (ECF No. 4) is extended from October 31, 2023, to November 10, 2023.

IT IS SO ORDERED.

Dated:  October 25, 2023   s/Shalina D. Kumar
           Shalina D. Kumar
           U.S. District Court Judge

Agreed to by:

FLETCHER FEALKO SHOUDY & FRANCIS, P.C.

By: Todd J. Shoudy (w/permission)
  Todd J. Shoudy (P41895)
  *Attorneys for plaintiff*

WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP

By: /s/ William S. Cook
  William S. Cook (P68934)
  *Attorneys for defendants*