# EXHIBIT O

INTERNATIONAL CITY/COUNTY MANAGEMENT ASSOCIATION
777 N Capitol St. NE, Ste. 500
Washington, DC 20002-4290
202.962.3680 | 202.962.3500 (f)
icma.org

Sent via email with permission to: jamesfreed1@gmail.com

June 15, 2022

Mr. James Freed
City Manager, Port Huron, Michigan

Re: ICMA Executive Board Decision

Dear Mr. Freed:

I am writing in follow up from my June 13 email to you to provide formal notice of the ICMA Executive Board's (Board) June 11, 2022 decision. As you are aware, the Board voted to approve the Committee on Professional Conduct's (CPC) recommendation to publicly censure you for conduct in violation of Tenet 3 of ICMA's Code of Ethics (Code). The Board's decision included the provision that your participation in the credentialed manager program be revoked.

The Board concluded there was no dispute of the facts about your public statements, comments you made on the Michigan Municipal Executives (MME) listserv, or in your personal social media posts. The Board concurred with the CPC's findings: (1) your social media post directed to the Michigan governor did not reflect the highest standards of ethical conduct and integrity and was especially inappropriate for a member participating in ICMA's voluntary credentialed manager program; (2) your preemptive declaration to city employees that you will not implement a law or policy when it is the manager's duty to do so is contrary to the principles in Tenet 3; and (3) your commentary to a colleague on the MME listserv was highly unprofessional.

In reaching its decision, the Board considered: (1) the CPC had previously advised you to ensure your communications with colleagues adhere to your ethical obligation to treat them with respect; (2) your level of professional and public responsibility; and (3) the willfulness of your conduct.

The Board's decision is final and ICMA now considers this matter as closed. When the Board publicly censures a member for conduct in violation of the Code, the Rules of Procedure for Enforcement of the Code of Ethics require notification to the complainant, the state association president, the governing body where the member's conduct occurred, publication in ICMA's newsletter as well as a press release informing local media. Please feel free to contact me if you have any questions.

Sincerely,

*Jessica Cowles*

Jessica Cowles
ICMA Ethics Advisor
202-962-3513
JCowles@icma.org

cc: Members, Committee on Professional Conduct